**FILED**

01/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0525

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| SHANELLE J. VAN DYKE, | Appellant Cause No. DA 21-0525 |
| Respondent/Appellant, | |
| vs. | |
| DAVID ALLEN WARD, | District Court Cause No. BDR 2020-49 |
| Petitioner/Appellee. | |

## ORDER GRANTING UNOPPOSED MOTION FOR 30-DAY EXTENSION

Pursuant to the authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until January 31, 2022, to prepare, file, and serve the Appellant's brief.

Dated: _____, 2022.

Bowen Greenwood
Clerk of the Supreme Court

cc.    Michelle H. Vanisko, David B. Gallik

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 3 2022